SOCIETY FOR ESTABLISHING USEFUL MANUFACTURES, APPELLANT, v. BOARD (OF CONSERVATION AND DEVELOPMENT ET AL., RESPONDENT.

Argued November 27, 1917—Decided January 31, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 469.

For the appellant, *Humphreys & Sumner*.

For the · respondent, *John W. Wescott, Spaulding Frazer, Harry Kalisch* and *Francis Scott*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.